1
2
3
4
5

SEYFARTH SHAW LLP
Lorraine H. O'Hara (SBN 170153)
E-mail: lohara@seyfarth.com
 2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

6
7
8
9

SEYFARTH SHAW LLP
Jill Porcaro (SBN 190412)
E-mail: jporcaro@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071-1406
Telephone: (213) 270-9600
Facsimile:  (213) 270-9601

10
11

Attorneys for Defendant
MERCK SHARP & DOHME CORP.

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21
22

| | |
|---|---|
| JASON D. FRUDAKIS, an individual, on behalf of himself and all persons similarly situated,<br><br>             Plaintiff,<br><br>        v.<br><br>MERCK SHARP & DOHME CORP., and Does 1 through 50,<br><br>             Defendants. | CASE NO. SACV11-00146 DOC (VBKx)<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL TO FEDERAL COURT**<br><br>[San Diego Superior Court Case No. 30-2010-00431914-CU-OE-CXC]<br><br>Complaint filed: Dec. 10, 2010 |

23      TO THE UNITED STATED DISTRICT COURT FOR THE CENTRAL

24   DISTRICT AND TO PLAINTIFF:

25        PLEASE TAKE NOTICE that on January 26, 2011, Defendant Merck Sharp

26   & Dohme Corp., filed with the Superior Court of the State of California, County of

27   Orange, its Notice to State Court and to Adverse Party of Removal to Federal

28                                    1

CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY/STATE COURT OF REMOVAL

13059648v.1

1    Court of the above captioned action and notified Plaintiff of the removal, in

2    compliance with 28 U.S.C. section 1446(d).

3       A true and correct copy of the Notice to the State Court and to Adverse Party

4    of Removal to Federal Court is attached hereto without its exhibits, as Exhibit A.

5

6    DATED: January 27, 2011          SEYFARTH SHAW LLP

7

8                             By   /s/  Jill A. Porcaro

9                                Jill A. Porcaro

                               Attorneys for Defendant

10                             MERCK SHARP & DOHME CORP.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

13059648v.1

# EXHIBIT A

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP<br>Lorraine H. O'Hara (SBN 170153) |
| 2 | E-mail: lohara@seyfarth.com<br>2029 Century Park East, Suite 3500 |
| 3 | Los Angeles, California  90067-3021<br>Telephone:  (310) 277-7200 |
| 4 | Facsimile:  (310) 201-5219 |

**ELECTRONICALLY FILED**
**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF ORANGE**
**CIVIL COMPLEX CENTER**

**Jan  26 2011**

**ALAN CARLSON, Clerk of the Court**
**by M. NORDMAN**

5   SEYFARTH SHAW LLP
    Jill Porcaro (SBN 190412)
6   E-mail: jporcaro@seyfarth.com
    333 South Hope Street, Suite 3900
7   Los Angeles, California 90071-1406
    Telephone: (213) 270-9600
8   Facsimile:  (213) 270-9601

9   Attorneys for Defendant
    MERCK SHARP & DOHME CORP.

10

11                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                            FOR THE COUNTY OF ORANGE

13   JASON D. FRUDAKIS, an individual, on            )   Case No. 30-2010-00431914-CU-OE-CXC
     behalf of himself and all persons similarly     )
14   situated,                                        )   **NOTICE TO STATE COURT AND TO**
                                                      )   **ADVERSE PARTY OF REMOVAL TO**
15                Plaintiff,                           )   **FEDERAL COURT**
                                                      )
16        v.                                           )
                                                      )
17   MERCK SHARP & DOHME CORP., and Does )
     1 through 50,                                    )
18                                                     )   Complaint filed: Dec. 10, 2010
                  Defendants.                          )
19   _____ )   CX102

20

21        TO THE CLERK OF THE SUPERIOR OF THE STATE OF CALIFORNIA, COUNTY

22   OF SAN DIEGO AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE that on January 25, 20111, Defendant Merck Sharp & Dohme

24   Corp. filed with the United States District Court for the Central District of California a Notice of

25   Removal of the above-captioned action from the Superior Court of the State of California for the

26   County of Orange.  Attached hereto as Exhibit "1" is a true and correct copy of the Notice of

27   Removal without exhibits.

28

---

1

NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL

13059654v.1

1      The Superior Court of the State of California for the County of Orange is hereby advised

2  to proceed no further with this matter unless and until the case is remanded.

3  DATED: January 25, 2011                    SEYFARTH SHAW LLP

4

5                                        By _____

6                                             Jill A. Porcaro
                                           Attorneys for Defendant
7                                          MERCK SHARP & DOHME CORP.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL

13059654v.1