1
2
3
4
5
6
7
8
9
10

11                    UNITED STATES DISTRICT COURT
12         CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT

13  JASON D. FRUDAKIS, an individual,  ) Case No. SACV11-00146 DOC (VBKx)
    on behalf of himself and all persons ) (Class Action)
14  similarly situated,                )
                                       ) **ORDER GRANTING**
15              Plaintiff,             ) **STIPULATION FOR RELIEF**
                                       ) **FROM LOCAL RULE 23-3**
16        v.                           )
                                       ) Action Filed:   December 10, 2010
17  MERCK SHARP & DOHME CORP.,         )
    and Does 1 through 50,             )
18                                     )
                                       )
19              Defendants.            )
                                       )
20

21
22
23
24
25
26
27
28

1  Based on the Parties' stipulation, the Plaintiff is not required to meet the
2  timing requirements of Local Rule 23-3.  Instead, a customized schedule for class
3  and collective action certification in this case shall be addressed by the Parties at
4  the early meeting of counsel in advance of the first status conference and be set as
5  part of the initial scheduling order under Rule 16(b) of the Federal Rules of Civil
6  Procedure.

8  **IT IS SO ORDERED**.

10  February 11, 2011

12  _____
   Honorable David O. Carter
   United States District Court Judge