NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JASON D. FRUDAKIS, an individual, on behalf of himself and all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK SHARP & DOHME CORP., and Does 1 to 50,<br><br>    Defendants. | CASE NO. SACV11-00146 DOC (VBKx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO STAY<br><br>Courtroom 9-D |

PLEASE TAKE NOTICE THAT Plaintiff Jason Frudakis and Defendant Merck Sharp Dohme Corp. submitted a Joint Stipulation to Stay Case. For good cause appearing, IT IS SO ORDERED that this case is hereby stayed during the pendency of the consolidated appeals in *Menes v. Roche Laboratories, Inc.*, COA No. 08-55286, Appeal from 2008 U.S. Dist. LEXIS 4230 (C.D. Cal. Jan. 7, 2008) ("*Menes*"); *Barnick v. Wyeth*, COA No. 07-56684, Appeal from 522 F. Supp. 2d 1257 (C.D. Cal. 2007) ("*Barnick*"); and *D'Este v. Bayer Corp.*, COA No. 07-56577, Appeal from 2007 U.S. Dist. LEXIS 87229 (C.D. Cal. Oct. 9, 2007) ("*D'Este*") ("Consolidated Appeals").

1    The parties shall submit a joint report to the Court every sixteen (16) weeks,
2    commencing on July 1, 2011, to inform the Court of the status of the Consolidated
3    Appeals.
4    This matter will be inactivated statistically during the pendency of the case. All
5    currently pending motion are removed from the court's calendar.

7    IT IS SO ORDERED.

9    DATED:  April 4, 2011

By: /s/ David O. Carter
HON. DAVID O. CARTER
Judge, United States District Court

13274030v.1