BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firmsite: www.bamlawca.com

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Lorraine H. O'Hara (SBN 170153)
Jill Porcaro (SBN 190412)
E-mail: jporcaro@seyfarth.com
E-mail: lohara@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
MERCK SHARP & DOHME CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D. FRUDAKIS, an individual, on behalf of himself and all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERCK SHARP & DOHME CORP., and Does 1 through 50, <br><br> Defendants. | **CASE NO.** <br><br> **SACV11-00146(DOC)(VBKx)** <br><br><br> **STIPULATION FOR DISMISSAL** <br><br><br> *Complaint filed: Dec. 10, 2010* |

---

STIPULATION FOR DISMISSAL                                    CASE NO. SA-CV-11-00146 DOC (VBKx)
14828646v.1

1  IT IS HEREBY STIPULATED between Plaintiff JASON D. FRUDAKIS
2 ("Plaintiff") and Defendant MERCK SHARP & DOHME CORP. ("Defendant"),
3 by and through their respective undersigned counsel, that the above-captioned
4 action hereby is dismissed voluntarily pursuant to Federal Rule of Civil Procedure
5 41(a)(1)(A)(ii) as follows:

6  a.  All individual claims by Plaintiff on his own behalf against Defendant
7 are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

8  b.  All claims brought herein on behalf of others besides Plaintiff,
9 including the claims brought on behalf of the putative class and the LWDA, are
10 dismissed without prejudice, each side to bear its own costs and attorneys' fees.

12 DATED: October_24, 2012            BLUMENTHAL, NORDREHAUG &
                                     BHOWMIK

14                                   By  /s/ Aparajit Bhowmik
15                                       Aparajit Bhowmik
                                     Attorneys for Plaintiff
16                                   JASON D. FRUDAKIS

17 DATED: October 24, 2012            SEYFARTH SHAW LLP

19                                   By  /s/ Jill A. Porcaro
                                         Jill A. Porcaro
20                                   Attorneys for Defendant
                                     MERCK SHARP & DOHME CORP.

---

STIPULATION FOR DISMISSAL                    CASE NO. SA-CV-11-00146 DOC (VBKx)

1

14828646v.1