1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   Norman B. Blumenthal (State Bar #068687)
2  Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
3  Piya Mukherjee (State Bar #274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858)551-1223
5  Facsimile: (858) 551-1232
   Firmsite: www.bamlawca.com
6
   Attorneys for Plaintiff
7
   SEYFARTH SHAW LLP
8  Lorraine H. O'Hara (SBN 170153)
   Jill Porcaro (SBN 190412)
9  E-mail: jporcaro@seyfarth.com
   E-mail: lohara@seyfarth.com
10 2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
11 Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
12
   Attorneys for Defendant
13 MERCK SHARP & DOHME CORP.

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16 | JASON D. FRUDAKIS, an individual, on behalf of himself and all persons similarly situated, | **CASE NO.**
17 | | **SACV11-00146(DOC)(VBKx)**
18 | Plaintiff, |
19 | v. |
20 | MERCK SHARP & DOHME CORP., and Does 1 through 50, | **ORDER GRANTING STIPULATION FOR DISMISSAL**
21 | |
22 | Defendants. |
23 | |
24 | | *Complaint filed: Dec. 10, 2010*
25 | |

26
27
28

ORDER RE STIPULATION FOR DISMISSAL         CASE NO. SA-CV-11-00146 DOC (VBKx)
14828646v.1

1  The Court, having reviewed the Stipulation for Dismissal entered into
2  between Plaintiff JASON D. FRUDAKIS ("Plaintiff") and Defendant MERCK
3  SHARP & DOHME CORP. ("Defendant"), good cause appearing, hereby
4  GRANTS the stipulation and dismisses the above-captioned action pursuant to
5  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:
6      a.    All individual claims by Plaintiff on his own behalf against Defendant
7  are dismissed with prejudice, each side to bear its own costs and attorneys' fees.
8      b.    All claims brought herein on behalf of others besides Plaintiff,
9  including the claims brought on behalf of the putative class and the LWDA, are
10  dismissed without prejudice, each side to bear its own costs and attorneys' fees.
11  IT IS SO ORDERED
12
13
14  DATED: _October 24, 2012                    _/s/ David O. Carter_____
15                                                       Hon. David O. Carter
                                                     UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

1

ORDER RE STIPULATION FOR DISMISSAL        CASE NO. SA-CV-11-00146 DOC (VBKx)
14828646v.1